1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE 714-668-2425
FACSIMILE 714-668-2490

Kenneth L. Perkins, Jr. (State Bar No. 113531)
 k.perkins@mpglaw.com

Attorneys for Defendant
CREDIT MANAGEMENT, LP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER,<br><br>             Plaintiff,<br><br>      vs.<br><br>CREDIT MANAGEMENT, LP,<br><br>             Defendant. | CASE No. 12-cv-04842-JSC<br><br>District Judge:<br>Magistrate Judge:<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Trial Date:          TBD |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

818138.1

1

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

1    TO THE COURT AND ALL ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT Defendant CREDIT MANAGEMENT, L.P.

3  hereby substitutes Sean P. Flynn, of Foley & Mansfield, LLP, 300 S. Grand Ave.,

4  Suite 2800, Los Angeles, California 90071 in place of Musick, Peeler & Garrett,

5  LLP, 650 Town Center Dr., Suite 1200, Costa Mesa, CA 92626, as its attorney of

6  record in the above-referenced action.

7

8  DATED: November 2, 2012       **MUSICK, PEELER & GARRETT LLP**

9

10                     By:

11                       Kenneth L. Perkins, Jr.

12                       Attorneys for Defendant
                              Credit Management, LP

13

14    I consent to this Substitution.

15  DATED: November 2, 2012

16

17

18                     By:

19                       Chris Meier, General Counsel for Credit
                              Management, L.P.

20

21    I accept this substitution.

22

23  DATED: November 2, 2012       **FOLEY & MANSFIELD, LLP**

24

25                     By:

26                       Sean P. Flynn

27                       Attorneys for Defendant
                              Credit Management, LP

28

1

## <u>ORDER</u>

2      The foregoing substitution of attorneys is authorized by the Court.

3      IT IS SO ORDERED.

4  DATED:  <u>November 7</u>  , 2012

5

6

7      Jacqueline Scott Corley
       Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28