**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE  714-668-2425
FACSIMILE 714-668-2490

Kenneth L. Perkins, Jr. (State Bar No. 113531)
  k.perkins@mpglaw.com

Attorneys for Defendant
CREDIT MANAGEMENT, LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER,<br><br>             Plaintiff,<br><br>       vs.<br><br>CREDIT MANAGEMENT, LP,<br><br>             Defendant. | CASE No. 12-cv-04842-JSC<br><br>District Judge:<br>Magistrate Judge:<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Trial Date:           TBD |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

818138.1

1    TO THE COURT AND ALL ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT Defendant CREDIT MANAGEMENT, L.P.

3  hereby substitutes Sean P. Flynn, of Foley & Mansfield, LLP, 300 S. Grand Ave.,

4  Suite 2800, Los Angeles, California 90071 in place of Musick, Peeler & Garrett,

5  LLP, 650 Town Center Dr., Suite 1200, Costa Mesa, CA 92626, as its attorney of

6  record in the above-referenced action.

7

8  DATED: November 2, 2012          **MUSICK, PEELER & GARRETT** LLP

9

10                                  By: _____

11                                      Kenneth L. Perkins, Jr.
                                        Attorneys for Defendant
12                                      Credit Management, LP

13         I consent to this Substitution.

14

15  DATED: November 2, 2012

16

17                                  By: _____

18                                      Chris Meier, General Counsel for Credit
                                        Management, L.P.
19

20

21         I accept this substitution.

22

23  DATED: November 2, 2012          **FOLEY & MANSFIELD, LLP**

24

25                                  By: _____

26                                      Sean P. Flynn
                                        Attorneys for Defendant
27                                      Credit Management, LP

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

818138.1                                    2

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

1

## <u>ORDER</u>

2      The foregoing substitution of attorneys is authorized by the Court.

3      IT IS SO ORDERED.

4  DATED: <u>November 7</u>, 2012

5

6                                    _Jacqueline S. Corley_

7                                    Jacqueline Scott Corley
                                     Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER